ENTERED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP - 9 2010**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

J-S6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

**SEP - 9 2010**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/9/2010

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEO NORVELL WARE,                       )     Case No.  CV 10-2543-CAS (RNB)
                                        )
                 Petitioner,            )
                                        )
      vs.                               )          **J U D G M E N T**
                                        )
KATHLEEN ALLISON,                       )
                                        )
                 Respondent.            )
                                        )

        Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Petition is denied and this action
is dismissed with prejudice.

DATED: 9/3/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE